FILED

03/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0534

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA 19-0534

ROBERT BERLETH and NADIA BERLETH,
Appellants,

v.

WILLIAM RIDEG,
Appellee.

On Appeal from the Montana Fourth Judicial District Court
Missoula County, Cause No. DV-18-1186
Before Hon. Karen S. Townsend

--------------------------------------------------------------------------------------------------------

## ORDER GRANTING APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPELLANTS' OPENING BRIEF

Pursuant to Appellee's Motion for Extension of Time to File Response to Appellants' Opening Brief, with good cause appearing therefore and no objection by Appellants,

IT IS HEREBY ORDERED that Appellee's Motion for Extension of Time to File Response to Appellants' Opening Brief is GRANTED, and Appellee shall have up to and including Wednesday, April 15, 2020 to file said brief.

Electronically Signed by:

Electronically Signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 4 2020